KAREN L. LOEFFLER
United States Attorney

SUSAN J. LINDQUIST
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Telephone: (907) 271-5071
Facsimile: (907) 271-2344
susan.lindquist@usdoj.gov
CA 171439

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| GAIL WATSON-JOE and WALLACE JOE, SR., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | Case No. 3:10-cv-00124-HRH <br><br><br> **STIPULATION TO DISMISS** |

Plaintiffs Gail Watson-Joe and Wallace Joe, Sr., through counsel, and the government, through counsel, stipulate to dismiss all claims in this action with prejudice, with each party to bear its own costs and fees.

RESPECTFULLY SUBMITTED February 7, 2012 in Anchorage, Alaska.

KAREN L. LOEFFLER
United States Attorney

s/Susan J. Lindquist
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3378
Fax: (907) 271-2344
E-mail: Susan.lindquist@usdoj.gov
CA 171439


POWER and BROWN, LLC

s/ Sean Brown      (consent)
Attorney for Plaintiff
P.O. Box 1809
Bethel, AK 99559
Phone: (907) 543-4700
Fax: (907) 543-3777

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2012,
a copy of the foregoing Stipulation was served electronically on:

Sean Brown
Power and Brown LLC

s/ Gary M. Guarino

Joe v. United States
Case No. 3:10-cv-00124-HRH                 2