IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

GAIL WATSON-JOE and WALLACE JOE, SR.,

              Plaintiffs,

vs.

UNITED STATES OF AMERICA,

              Defendant.

No. 3:10-cv-0124-HRH

O R D E R

Case Dismissed

Pursuant to the stipulation of the parties,[1]

IT IS HEREBY ORDERED that the complaint is dismissed with prejudice, each party to bear its own costs, expenses, and attorney fees.

DATED at Anchorage, Alaska, this 8th day of February, 2012.

              /s/ H. Russel Holland
              United States District Judge

---

[1] Docket No. 12.